UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL GREENSTEIN, et al.,

    Plaintiffs,

v.

NOBLR RECIPROCAL EXCHANGE,

    Defendant.

Case No. 21-cv-04537-JSW

**JUDGMENT**

Pursuant to the order issued on December 5, 2022, granting Defendants' motion to dismiss the second amended complaint, the Court HEREBY ENTERS judgment in favor of Defendant and against Plaintiffs.

**IT IS SO ORDERED.**

Dated: December 5, 2022

_____
JEFFREY S. WHITE
United States District Judge