David. S. Casey, Jr., SBN 060768
*dcasey@cglaw.com*
Gayle M. Blatt, SBN 122048
*gmb@cglaw.com*
Jeremy Robinson, SBN 188325
*jrobinson@cglaw.com*
P. Camille Guerra, SBN 326546
*camille@cglaw.com*
**CASEY GERRY SCHENK**
**FRANCAVILLA BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, CA 92101
Tel: (619) 238-1811
Fax: (619) 544-9232

*Attorneys for Plaintiffs and
the Putative Classes*
*[Additional Counsel Listed on Signature Page]*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GREENSTEIN, CYNTHIA NELSON, and SINKWAN AU, individually and on behalf of themselves and all other persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NOBLR RECIPROCAL EXCHANGE,<br><br>Defendant. | Case No. 4:21-cv-04537-JSW<br><br>**Notice of Appeal** |

Notice is hereby given that Plaintiffs Michael Greenstein, Cynthia Nelson, and Sinkwan Au appeal the District Court's Order Granting Defendant Noblr Reciprocal Exchange's Motion to Dismiss (ECF 50), and the Judgment issued thereon (ECF 51), both filed on December 5, 2022. This appeal of the District Court's Order and Judgment is to the United States Court of Appeals for the Ninth Circuit.

Dated: December 29, 2022     /s/ Gayle M. Blatt
                             GAYLE M. BLATT

**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP**
David S. Casey, Jr.
*dcasey@cglaw.com*
Gayle M. Blatt
*gmb@cglaw.com*
Jeremy Robinson
*jrobinson@cglaw.com*
P. Camille Guerra
*camille@cglaw.com*
110 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-1811
Facsimile: (619) 544-9232

Kate M. Baxter-Kauf (MN #0392037)
*admitted pro hac vice
Karen Hanson Riebel (MN #0219770)
*admitted pro hac vice
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
kmbaxter-kauf@locklaw.com
khriebel@locklaw.com